UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
KIM CURTIS and SCOTT CURTIS,

              Plaintiffs.

-against-

HILTON WORLDWIDE HOLDINGS, INC., HILTON
GARDEN INN NEW YORK/CENTRAL PARK,
HILTON GARDEN INNS MANAGEMENT, LLC,
MOINIAN LLC, THE MOINIAN DEVELOPMENT
GROUP, LLC, 237 WEST 54TH ST. LLC, FIVE LAKES
MANUFACTURING, INC., MARSHFIELD DOOR
SYSTEMS, INC. and PAV-LAK CONTRACTING INC.
KOTA DRYWALL CORP.,

              Defendants.
---------------------------------------------------------------- x

Civil Case No.:
1:18-cv-03068 (ER)

The application is __X__ granted
                     ____ denied

_/s/ Edgardo Ramos_
Edgardo Ramos, U.S.D.J
Dated: 5/9/2019
New York, New York

## STIPULATION OF DISMISSAL

WHEREAS, on April 6, 2018, Plaintiffs Kim Curtis and Scott Curtis filed a Complaint in this Action asserting claims against Defendant Masonite Corporation d/b/a Marshfield Doorsystems, improperly named in the Complaint as "Marshfield Door Systems, Inc." ("Defendant Marshfield");

WHEREAS, on May 17, 2018, Defendant Pav-Lak Contracting, Inc., filed cross-claims in this Action against Defendant Marshfield;

WHEREAS, on May 15, 2018, Defendant Five Lakes Manufacturing, Inc., filed cross-claims in this Action against Defendant Marshfield;

WHEREAS, on June 15, 2018, Defendants Hilton Worldwide Holdings Inc. i/s/h/a Hilton Garden Inn New York/Central Park, Hilton Garden Inns Management LLC, Moinian LLC, The

1

Moinian Development Group LLC, and 237 West 54th St. LLC (collectively, "the Hilton Defendants") also collectively filed cross-claims in this Action against Defendant Marshfield;

WHEREAS, on August 16, 2018, Defendant Marshfield filed its Answer, Counterclaims and Corss-Clams, as well as its Answer to the Cross-Claims of each of Defendants Pav-Lak Contracting, Inc. and the Hilton Defendants;

WHEREAS, Defendant Marshfield has advised Plaintiffs that its Marshfield, Wisconsin facility only manufactures Masonite Architectural door core and door slabs and does not manufacture, attach or install door hardware and does not install its doors into openings, and for that reason does not provide installation instructions for the installation of Masonite Architectural doors;

WHEREAS, Plaintiffs have agreed to provide to Defendant Marshfield with the necessary identifying information regarding the bathroom door described in the Complaint, including any and all purchase orders and/or invoices, sufficient so that Defendant Marshfield may definitively identify the Masonite Architectural door core or door slab referenced in the Complaint as being a Marshfield (Masonite Architectural) product, including the exact make and model of said door ("the Identifying Information"), if any; and

WHEREAS, within 10 business days of receipt by Defendant Marshfield of the Identifying Information for the door core or door slab, Defendant Marshfield will provide to Plaintiff all care and handling of such Masonite Architectural door (the "Care and Handling Instructions") and any information they have pertaining to the door core or door slab identified by Plaintiffs , if any exist.

Now, upon agreement by the undersigned counsel for the parties,

IT IS HEREBY STIPULATED AND AGREED, that the Complaint and all claims against Defendant Marshfield are dismissed, without prejudice, without costs or attorneys' fees being

awarded to either party.

IT IS HEREBY FURTHER STIUPLATED AND AGREED, that all Cross-Claims against Defendant Marshfield as asserted by Hilton Worldwide Holdings Inc. i/s/h/a Hilton Garden Inn New York/Central Park, Hilton Garden Inns Management LLC, Moinian LLC, The Moinian Development Group LLC, and 237 West 54th St. LLC, Pav-Lak Contracting, Inc. and Five Lakes Manufacturing, Inc. are dismissed, without prejudice, without costs or attorneys' fees being awarded to either party, and

IT IS HEREBY FURTHER STIUPLATED AND AGREED, that all Cross-Claims against Hilton Worldwide Holdings Inc. i/s/h/a Hilton Garden Inn New York/Central Park, Hilton Garden Inns Management LLC, Moinian LLC, The Moinian Development Group LLC, and 237 West 54th St. LLC, Pav-Lak Contracting, Inc. and Five Lakes Manufacturing, Inc. asserted by Defendant Marshfield are dismissed, without prejudice, without costs or attorneys' fees being awarded to either party, and that an order consistent with this Stipulation be entered without further notice.

Respectfully submitted,

Dated: August 22, 2018

PENNOCK LAW FIRM LLC

By: _____
Shannon M. Pennock, Esq.
411 Lafayette, 6th Floor
New York, New York 10003
Tel: (212) 967-4213
*Attorneys for Plaintiffs*
*Kim Curtis and Scott Curtis.*

IZOWER FELDMAN, LLP

By: _____
Ronald D. Lefton
85 Broad Street, Floor 18
New York, New York 10004
Tel: (646) 448-9239
*Attorneys for Defendant*
*Marshfield Door Systems, Inc.*

WESTERMANN SHEEHY KEENAN
SAMAAN & AYDELOTT, LLP

By: /s/ *[signature]*
Peter S. Samaan, Esq.
The Omni Building, Suite 702
333 Earle Ovington Boulevard
Uniondale, New York 115553
Tel: (516) 794-7500
*Attorneys for Defendant*
*Pav-Lak Contracting, Inc.*

WEISER & McCARTHY, LLP

By:_____
James V. Sawicki, Esq.
17 State Street, 8th Floor
New York, New York 10004
Tel: (212) 709-2193
*Attorneys for Defendants Hilton Worldwide*
*Holdings Inc., i/s/h/a Hilton Garden Inn*
*New York/Central Park, Hilton Garden Inns*
*Management LLC, Moinian LLC, The*
*Moinian Development Group LLC, and 237*
*West 54th St. LLC.*

GAMBESKI & FRUM

By: /s/ *[signature]*
Wendy Jebbie Jean-Bart, Esq.
565 Taxter Road, Suite 220
Elmsford, New York 10523
Tel: (914) 347-5522
*Attorneys for Defendant Five Lakes*
*Manufacturing, Inc.*

SO ORDERED:

_____      _____, 2018

4

WESTERMANN SHEEHY KEENAN
SAMAAN & AYDELOTT, LLP

By:_____
    Peter S. Samaan, Esq.
The Omni Building, Suite 702
333 Earle Ovington Boulevard
Uniondale, New York 115553
Tel: (516) 794-7500
*Attorneys for Defendant*
*Pav-Lak Contracting, Inc.*

GAMBESKI & FRUM

By:_____
    Wendy Jebbie Jean-Bart, Esq.
565 Taxter Road, Suite 220
Elmsford, New York 10523
Tel: (914) 347-5522
*Attorneys for Defendant Five Lakes*
*Manufacturing, Inc.*

SOBEL PEVZNER, LLC

By:_____/s/_____
    Joseph S. Fritzson, Esq.
30 Vesey Street, 8th Floor
New York, New York 10007
Tel: (212) 216-0020
*Attorneys for Defendants Hilton Worldwide*
*Holdings Inc., i/s/h/a Hilton Garden Inn*
*New York/Central Park, Hilton Garden Inns*
*Management LLC, Moinian LLC, The*
*Moinian Development Group LLC, and 237*
*West 54th St. LLC.*

SO ORDERED:

_____         _____, 2018

4