UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
KIMBERLY CURTIS and SCOTT CURTIS,

          Plaintiff,  **STIPULATION OF**
                 **DISCONTINUANCE**
 -against-          **AGAINST FIVE LAKES**
HILTON WORLDWIDE HOLDINGS, INC., HILTON
GARDEN INN NEW YORK/CENTRAL PARK
HILTON GARDEN INNS MANAGEMENT LLC,
MOINIAN LLC, THE MOINIAN DEVELOPMENT  18 CV 3068
GROUP, LLC, 237 WEST 54TH STREET LLC,    (ER)
FIVE LAKES MANUFACTURING, INC.,
MARSHFIELD DOOR SYSTEMS, INC., PAV-LAK
CONTRACTING, INC. and KOTA DRYWALL CORP.

          Defendants.
------------------------------------X

 WHEREAS defendant FIVE LAKES MANUFACTURING, INC. has represented that it did not manufacture, design, sell or install the door involved in plaintiff's accident or engaged in any activity that caused or contributed to the incident giving rise to this action; and

 WHEREAS, all parties that have appeared in this action have agreed, in reliance upon their own investigation into the incident giving rise to this action and the aforesaid representations of defendant FIVE LAKES MANUFACTURING, INC.:

 IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties identified below, that all claims against defendant FIVE LAKES MANUFACTURING, INC. shall be and are hereby discontinued without prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
December 3, 2018

| | |
|---|---|
| BARRY McTIERNAN & MOORE LLC<br>Attorneys for Defendant<br>FIVE LAKES MANUFACTURING INC.<br>101 Greenwich Street – 14th Floor<br>New York, New York 10006<br>(212) 313-3600<br><br>By: _____<br>DAVID H. SCHULTZ | PENNOCK LAW FIRM, LLC<br>Attorneys for Plaintiffs<br>KIMBERLY CURTIS and SCOTT CURTIS<br>411 Lafayette Street, 6th Floor<br>New York, New York 10003<br>(201) 706-2138<br><br>By: _____<br>SHANNON PENNOCK |
| SOBEL PEVZNER, LLC<br>Attorney for Defendant<br>HILTON WORLDWIDE HOLDINGS, INC.,<br>HILTON GARDEN INN NEW YORK/<br>CENTRAL PARK HILTON GARDEN INNS<br>MANAGEMENT LLC, MOINIAN LLC, THE<br>MOINIAN DEVELOPMENT GROUP and<br>237 WEST 54th STREET LLC<br>30 Vesey Street, 8th Floor<br>New York, New York 10007<br>(212) 216-0020<br><br>By: _____<br>JOSEPH FRITZSON | WESTERMAN SHEEHY KEENAN<br>SAMAAN & AYDELOTT, LLP<br>Attorney for Defendant<br>PAV-LAK CONTRACTING, INC.<br>90 Merrick Avenue, Suite 802<br>East Meadow, New York 11554<br>(516) 794-7500<br><br>By: _____ /s/<br>MICHAEL McGOWAN |

_____
Edgardo Ramos, U.S.D.J
Dated: May 5, 2020
New York, New York