UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KIM CURTIS and SCOTT CURTIS,

                Plaintiff,

  - against -

HILTON WORLDWIDE HOLDINGS, INC., HILTON
GARDEN INN NEW YORK / CENTRAL PARK,
HILTON GARDEN INNS MANAGEMENT LLC,
MOINIAN LLC, THE MOINIAN DEVELOPMENT
GROUP, LLC, 237 WEST 54TH STREET, LLC,
FIVE LAKES MANUFACTURING, INC.,
MARSHFIELD DOOR SYSTEMS, INC., PAV-LAK
CONTRACTING, INC. and KOTA DRYWALL CORP.,

                Defendant(s).
------------------------------------------------------------------------X

Case No.:
1:18-cv-03068-ER

NOTICE OF MOTION
FOR REMOVAL OF
COUNSEL

**MEMO ENDORSED**

> Granted.  The Clerk of Court is respectfully directed to remove Joseph Sam Fritzson from this matter, and to terminate the motion.  Doc. 145.
>
> So ordered.
>
> Edgardo Ramos, U.S.D.J
> Dated: 6/9/2021
> New York, New York

TO:   PENNOCK LAW FIRM, LLC
        75 Montgomery Street, Suite 203
        Jersey City, NJ 07302

WESTERMANN, SHEEHY, SAMAAN & GILLESPIE, LLP
90 Merrick Avenue, Suite 802
East Meadow, NY 11554

**PLEASE TAKE NOTICE** the undersigned will move this Court at the United States Court House, for the Southern District of New York, 40 Foley Square, New York, New York 10007, before the Honorable Edgardo Ramos, for an Order removing Joseph Sam Fritzson, Esq. from this matter as he is no longer counsel for the Defendants and not employed by this firm.

A Declaration of Support for this motion is attached hereto.

Dated: New York, New York
       June 8, 2021

                                                SOBEL PEVZNER, LLC

                                                BELLA I. PEVZNER (BP-1728)

1

*Attorneys for Defendants*
HILTON GARDEN INN NEW
YORK / CENTRAL PARK, HILTON
GARDEN INNS MANAGEMENT, LLC,
MOINIAN, LLC, THE MOINIAN
DEVELOPMENT GROUP, LLC,
237 WEST 54TH STREET, LLC
30 Vesey Street, 8th Floor
New York, NY 10007
(212) 216-0020