USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KIM CURTIS and SCOTT CURTIS,

                      Plaintiffs,

      -against-

HILTON WORLDWIDE HOLDINGS INC. et al.,

                      Defendants.

-----------------------------------------------------------------X

18-CV-03068 (ER)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    In light of the October 16, 2023 trial date, the Court is available most days during the week of September 18, 2023, to conduct a settlement conference. If the parties believe a conference would be productive, they must immediately contact Courtroom Deputy Rachel Slusher at rachel_slusher@nysd.uscourts.gov.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 12, 2023
                New York, New York