UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIM CURTIS *and* SCOTT CURTIS,

                Plaintiffs,

– *against* –

HILTON WORLDWIDE HOLDINGS, INC., *et al.,*

                Defendants.

**ORDER**

No. 18-cv-3068 (ER)

Ramos, D.J.:

    The Court is in receipt of Plaintiffs' motion for sanctions (Doc. 213). Defendants are directed to file their opposition on or before October 6, 2023.

    It is SO ORDERED.

Dated:   October 2, 2023
              New York, New York

                                                          Edgardo Ramos, U.S.D.J.