UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIM CURTIS *and* SCOTT CURTIS,

                Plaintiffs,

– against –

HILTON WORLDWIDE HOLDINGS, INC., *et al.*,

                Defendants.

**ORDER**

No. 18-cv-3068 (ER)

Ramos, D.J.:

In light of the parties' correspondence, the trial will be adjourned. The parties are directed to meet and confer regarding a new date for the trial, which shall be one of the following dates, based on the Court's availability:

- January 29, 2024;
- February 12, 2024;
- March 4, 2024;
- April 1, 2024;
- April 8, 2024; or
- May 1, 2024.

The final pretrial conference currently scheduled for October 12, 2023 is also likewise adjourned.

The Clerk of Court is respectfully directed to terminate the letter motions (Docs. 218, 224, and 227).

It is SO ORDERED.

Dated:   October 10, 2023
          New York, New York

                                        Edgardo Ramos, U.S.D.J.