UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIM CURTIS *and* SCOTT CURTIS,

                Plaintiffs,

– *against* –

HILTON WORLDWIDE HOLDINGS, INC., *et al.*,

                Defendants.

**AMENDED ORDER**

No. 18-cv-3068 (ER)

Ramos, D.J.:

On October 10, 2023, the Court adjourned the trial in light of the parties' correspondence (Docs. 224, 225, and 227) and directed the parties to meet and confer regarding a new date for the trial. Doc. 229. In requesting the adjournment, the Hilton/Moinian Defendants had indicated that all parties would propose a new date within seven days. Doc. 227. To date the parties have not submitted a proposed new trial date.

Since the Court's October 10 Order, several additional trials have been scheduled on the Court's docket. Based on the Court's updated availability, the parties are directed to propose a new trial date by October 24, 2023, from one of the following dates:

- January 29, 2024;
- February 12, 2024; or
- April 29, 2024.

It is SO ORDERED.

Dated:   October 19, 2023
           New York, New York

                                                Edgardo Ramos, U.S.D.J.