BENNY AGOSTO, JR, P.C.†
MUHAMMAD S. AZIZ, P.C.†
BRANT J. STOGNER, P.C.†

——

FRANK T. ABRAHAM
(1924-2004)

W. W. WATKINS
(1920-1987)

NICK C. NICHOLS, P.C.
(RETIRED PARTNER)

——

†BOARD CERTIFIED: PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

*SENIOR ASSOCIATE

**OF COUNSEL

**LAW OFFICES**

## ABRAHAM, WATKINS, NICHOLS, AGOSTO, AZIZ & STOGNER

800 COMMERCE STREET
HOUSTON, TEXAS 77002-1776
(713) 222-7211
FAX (713) 225-0827
1-800-870-9584
WWW.ABRAHAMWATKINS.COM

MICHELLE A. RICE **
IMRANA MANZANARES, R.N., J.D.
JONATHAN D. SNEED*
JENNIFER O'BRIEN STOGNER**
LENA B. LAURENZO
KARL P. LONG
CHRISTOPHER D. MAHFOUZ
BEN AGOSTO III
NANCY FLORES
JONATHAN TAYLOR PACE
SOROUSH MONTAZARI
SPENCER T. SPEED
BARNEY P. DILL
WILLIAM N. FARMER
JESSIE J. ORMAND
EDWARD "TED" KEENAN
DISHA ROY**
MORGAN F. MILLS
KIMBERLEY M. SPURLOCK†**

-----------

VICTORIA N. HADDAD
NIXIT M. DHARIA
ANITA J. CREECH
JOHN HENRY WILSON
JORDI A. VARGAS
TREY HINKLE
HAILEY HUTSON

November 11, 2024

***Via ECF:***

Judge Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> RE: Cause No. 1:18-cv-03068 in the United States District Court for the Southern District of New York: *Kim Curtis v. Hilton Worldwide Holdings, Inc., et al.*

Dear Judge Ramos,

Pursuant to this Court's Opinion & Order dated November 1, 2024, ECF No. 301, Plaintiffs hereby accept the Court's remittitur and respectfully ask that this Court enter Final Judgment that conforms to this acceptance and to the Court's Opinion & Order.

Plaintiffs previously submitted a post-verdict proposed judgment, ECF No. 269 with accompanied exhibits No.'s 269-1 and 269-2. Attached hereto, Plaintiffs submit a revised proposed judgment for the Court, which reflects the acceptance of the Court's remittitur of the punitive damages award, and which also revises the post-judgment interest rate to incorporate the Federal post-judgment interest rate pursuant to 28 U.S.C. § 1961. The post-verdict interest remains unaltered and correctly reflects the application of the New York rate of interest, which applies from the date of the verdict to the date that final judgment is entered.

Finally, pursuant to 28 U.S.C. § 1920 and Local Rule 54.1, Plaintiffs will be filing a Notice of Taxable Costs and an accompanying Bill of Costs within 30 days of the Court's entry of Final Judgment.

Yours very truly,

*/s/ Jonathan D. Sneed*

JDS/gb

Jonathan D. Sneed
Co-Counsel for Plaintiffs

cc:     All counsel of record
        ***Via ECF***