UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIM CURTIS and SCOTT CURTIS,

                Plaintiffs,

– against –

HILTON GARDEN INN NEW YORK/CENTRAL PARK, HILTON GARDEN INNS MANAGEMENT LLC, MOINIAN LLC, THE MOINIAN DEVELOPMENT GROUP LLC, 237 WEST 54TH STREET LLC, PAV-LAK CONTRACTING INC., KOTA DRYWALL CORP., and HILTON WORLDWIDE HOLDINGS INC.,

                Defendants.

**ORDER**

18 Civ. 3068 (ER)

RAMOS, D.J.:

        On December 10, 2024, the Hilton Defendants filed a Rule 62(b) motion to stay execution of judgment, without bond, pending appeal.  Doc. 307.  On December 23, 2024, plaintiff Kimberly Curtis filer her opposition to the Rule 62(b) motion.  Doc. 317.  The Hilton Defendants are directed to reply by **December 30, 2024**.

It is SO ORDERED.

Dated:    December 26, 2024
             New York, New York

                                                            EDGARDO RAMOS, U.S.D.J.